**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Marjory J. Salazar                        CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-13966 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Times Square Revolving Trust c/o Wilmington Savings Fund, FSB, as owner trustee and index same on the master mailing list.

                                       Respectfully submitted,

                                  /s/ *Rebecca Solarz*
                                  Rebecca Solarz
                                  18 Jan 2021, 12:10:21, EST

                           KML Law Group, P.C.
                           701 Market Street, Suite 5000
                           Philadelphia, PA 19106-1532
                           (215) 627-1322