UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Marjory J. Salazar<br><br>            Debtor | Chapter 13<br>Bankruptcy No.20-13966-PMM |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 17th day of February, 2021, by first class mail upon those listed below:

Marjory J. Salazar
547 North Front Street
Reading, PA  19601

**Electronically via CM/ECF System Only:**

BRENNA H MENDELSOHN ESQ
MENDELSOHN & MENDELSOHN PC
637 WALNUT ST
READING, PA  19601

                                        /s/ Deborah A. Earnshaw
                                        _____
                                        Deborah A. Earnshaw
                                        for
                                        Scott F. Waterman, Esquire
                                        Standing Chapter 13 Trustee