United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Marjory J. Salazar  
    Debtor

Case No. 20-13966-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: Mar 04, 2021     Form ID: pdf900     Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marjory J. Salazar, 547 North Front Street, Reading, PA 19601-2728 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Fay Servicing, LLC as servicer for Times Square Re, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 14551222 | + | Attorney for Fay Servicing, LLC as servicer for, Times Square Revolving Trust c/o Wilming, Savings Fund, FSB, as owner trustee, C/O Lorraine Gazzara Doyle, 85 Broad Street, Suite 501 New York, New York 10004-1734 |
| 14547104 | + | Fay Servicing Llc, 1601 Lbj Freeway, Farmers Branch, TX 75234-6512 |
| 14553307 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14550924 | + | Fay Servicing, LLC as servicer for Times Square Re, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, New York 10004-1734 |
| 14577298 | + | Times Square Revolving Trust, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14563826 | | Times Square Revolving Trust c/o Wilmington Saving, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14577215 | + | Times Square Revolving Trust c/o Wilmington Saving, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 05 2021 02:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 05 2021 02:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14547105 | + | Email/Text: Bankruptcies@nragroup.com | Mar 05 2021 02:24:00 | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14553699 | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076-2102 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: Mar 04, 2021     Form ID: pdf900     Total Noticed: 17

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 06, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Marjory J. Salazar tobykmendelsohn@comcast.net |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Fay Servicing LLC as servicer for Times Square Revolving Trust c/o Wilmington Savings Fund, FSB, as owner trustee Lorraine@mvrlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Times Square Revolving Trust c/o Wilmington Savings Fund FSB, as owner trustee bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Marjory J. Salazar<br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 20-13966-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: March 4, 2021**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE