UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Marjory Salazar                  Bankruptcy No. 20-13966-PMM

Debtor

ORDER

AND NOW, upon consideration of the Motion to Reinstate Bankruptcy Proceeding and Reinstate the Automatic Stay ("Motion"), and after notice and opportunity for a Hearing thereon,

IT IS HEREBY ORDERED that the above-captioned Bankruptcy proceeding is reinstated.

IT IS FURTHER ORDERED that the automatic stay is re-imposed, and the dismissal Order dated March 4, 2021 is vacated.

IT IS FURTHER ORDERED that the deadline to file a Proof of Claim for all Creditors and Government Creditors shall be extended by twenty-two (22) days. Debtor shall immediately serve a copy of this Order on all creditors.

BY THE COURT

*Patricia M. Mayer*
_____

**Date: April 15, 2021**

Patricia M Mayer U.S. Bankruptcy Judge