UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 13 |
| MARJORY J. SALAZAR | : Bankruptcy No.  20-13966PMM |
| Debtor(s) | : |

## PRAECIPE

Kindly (re)schedule a Confirmation Hearing on <u>JUNE 3, 2021</u> at 10:00 A.M. in the above-captioned matter, with notice to debtor(s), debtor's counsel, standing trustee and all creditors.

Respectfully submitted,

Date:  April 19, 2021

*/s/Scott F. Waterman*
Scott F. Waterman, Esq.,
Chapter 13 Standing Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410
Telephone:  (610) 779-1313