## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Marjory J. Salazar | |
| Debtor(s) | CHAPTER 13 |
| | |
| Times Square Revolving Trust c/o Wilmington Savings Fund, FSB, as owner trustee, its successors and/or assigns | |
| Movant | |
| vs. | NO. 20-13966 PMM |
| | |
| Marjory J. Salazar | |
| Debtor(s) | |
| | |
| Scott F. Waterman | |
| Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Times Square Revolving Trust c/o Wilmington Savings Fund, FSB, as owner trustee, which was filed with the Court on or about **January 22, 2021, docket number 27**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.

_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: May 4, 2021