**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Marjory J. Salazar | : | Chapter 13 |
| Debtor | : | |
| | : | Bankruptcy No. 20-13966-PMM |

### CERTIFICATE OF NO RESPONSE

    I, Brenna H. Mendelsohn, Esquire of Mendelsohn & Mendelsohn, P.C., attorney for Marjory J. Salazar, Chapter 13 Debtor, do hereby certify that I have received no response and that no response has been filed with the Court from any Creditor listed on the Matrix, the Chapter 13 Trustee or the United States Trustee for the Application for Compensation and respectfully request that this Honorable Court grant the Motion without a Hearing and an Order be entered granting the relief requested.

                                        Respectfully submitted,

                                        /s/ Brenna H. Mendelsohn
                                        Brenna H.Mendelsohn, Esquire
                                        Mendelsohn & Mendelsohn, P.C.
                                        637 Walnut Street
                                        Reading, PA 19601

Dated: 02/17/2022