Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 20-13966-PMM**

Marjory J. Salazar  
547 North Front Street  
Reading  PA    19601

Petition Filed Date: 10/02/2020  
341 Hearing Date: 12/15/2020  
Confirmation Date: 07/15/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/11/2021 | $350.00 | 4576 | 07/02/2021 | $350.00 | 4587 | 07/09/2021 | $350.00 | 4591 |
| 08/10/2021 | $350.00 | 4606 | 09/21/2021 | $350.00 | 4630 | 10/22/2021 | $350.00 | 4618 |
| 11/30/2021 | $350.00 | 4669 | 03/01/2022 | $350.00 | 4750 | 03/22/2022 | $350.00 | 4733 |
| 04/14/2022 | $350.00 | 4769 | 05/06/2022 | $350.00 | 4758 | 06/01/2022 | $350.00 | 5057 |
| 06/29/2022 | $402.00 | 5074 | 07/26/2022 | $402.00 | 23959 | | | |

**Total Receipts for the Period: $5,004.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,404.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | FAY SERVICING LLC  »» 001 | Ongoing Mortgage | $23,891.68 | $960.84 | $22,930.84 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

Chapter 13 Case No. 20-13966-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,404.00 | Current Monthly Payment: | $401.15 |
| Paid to Claims: | $5,500.84 | Arrearages: | $254.05 |
| Paid to Trustee: | $533.32 | Total Plan Base: | $31,529.35 |
| Funds on Hand: | $369.84 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.