| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 20-13966-PMM

Marjory J. Salazar                                            Petition Filed Date: 10/02/2020
547 North Front Street                                        341 Hearing Date: 12/15/2020
Reading  PA    19601                                          Confirmation Date: 07/15/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $401.15 | 4661 | 09/20/2022 | $402.00 | 4704 Mendels( | 11/09/2022 | $402.00 | 4739 |
| 01/18/2023 | $402.00 | 5042 | 03/07/2023 | $772.00 | 5030 | 05/10/2023 | $401.15 | 4995 |
| 06/13/2023 | $402.00 | 4985 | 06/21/2023 | $475.00 | 4983 | | | |

**Total Receipts for the Period: $3,657.30    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,536.30**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | FAY SERVICING LLC<br>»»  001 | Ongoing Mortgage | $23,891.68 | $4,682.62 | $19,209.06 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,536.30 | Current Monthly Payment: | $401.15 |
| Paid to Claims: | $9,222.62 | Arrearages: | $935.55 |
| Paid to Trustee: | $881.43 | Total Plan Base: | $31,529.35 |
| Funds on Hand: | $432.25 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.