UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Marjory J. Salazar<br>                    Debtor<br><br>Jose Luis Lioni<br>                    Co-Debtor<br><br>Fay Servicing, LLC as servicer for<br>U.S. Bank National Association,<br>not in its individual capacity but<br>solely in its capacity as Indenture<br>Trustee of CIM Trust 2021-NR4<br>Movant<br>v.<br><br>Marjory J. Salazar<br>Jose Luis Lioni<br>Scott F. Waterman- Trustee<br>                    Respondents | CASE NO.: 20-13966-pmm<br><br>CHAPTER 13<br><br>Judge:  Patricia M. Mayer |

## **ORDER APPROVING SETTLEMENT STIPULATION**

AND  NOW,  this ___1st___  day  of ___September___, 2023,  it  is  hereby

ORDERED and DECREED that the Settlement Stipulation resolving Creditor, Fay Servicing, LLC

as servicer for U.S. Bank National Association, not in its individual capacity but solely in its

capacity as Indenture Trustee of CIM Trust 2021-NR4 in lieu of Motion for Relief from Automatic

Stay is hereby APPROVED.

BY THE COURT:

_Patricia M. Mayer_

_____

Patricia M. Mayer, Bankruptcy Judge