United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                              Case No. 20-13966-pmm
Marjory J. Salazar                                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 01, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Marjory J. Salazar, 547 North Front Street, Reading, PA 19601-2728 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2023           Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|

BRENNA HOPE MENDELSOHN
    on behalf of Debtor Marjory J. Salazar tobykmendelsohn@comcast.net

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Times Square Revolving Trust c/o Wilmington Savings Fund  FSB, as owner trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

LAUREN MOYER
    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 bkecf@friedmanvartolo.com

ROGER FAY
    on behalf of Creditor Fay Servicing  LLC as servicer for Times Square Revolving Trust c/o Wilmington Savings Fund, FSB, as owner trustee rfay@milsteadlaw.com, bkecf@milsteadlaw.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Sep 01, 2023 | Form ID: pdf900 | Total Noticed: 1

SCOTT F. WATERMAN [Chapter 13]
                     ECFMail@ReadingCh13.com

United States Trustee
                     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:     Marjory J. Salazar<br>                 Debtor<br><br>              Jose Luis Lioni<br>                 Co-Debtor<br><br>Fay Servicing, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4<br>              Movant<br>v.<br><br>Marjory J. Salazar<br>Jose Luis Lioni<br>Scott F. Waterman- Trustee<br>              Respondents | CASE NO.: 20-13966-pmm<br><br>CHAPTER 13<br><br>Judge: Patricia M. Mayer |

## **ORDER APPROVING SETTLEMENT STIPULATION**

AND NOW, this __1st__ day of __September__, 2023, it is hereby ORDERED and DECREED that the Settlement Stipulation resolving Creditor, Fay Servicing, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4 in lieu of Motion for Relief from Automatic Stay is hereby APPROVED.

BY THE COURT:

*Patricia M. Mayer*
_____

Patricia M. Mayer, Bankruptcy Judge