UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marjory J. Salazar<br>　　　　　Debtor<br>Jose Luis Lioni<br>　　　　　Co-Debtor<br>Fay Servicing, LLC as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2021-NR4<br>　　　　　Movant<br>v.<br><br>Marjory J. Salazar<br>Jose Luis Lioni<br>Scott F. Waterman - Trustee<br>　　　　　Respondents | CASE NO.: 20-13966-pmm<br><br>CHAPTER 13<br><br>JUDGE: Patricia M. Mayer |

**CERTIFICATION OF DEFAULT**

FRIEDMAN VARTOLO, LLP, attorneys for Movant, hereby certifies that the above-captioned Debtor has failed to comply with the terms of the Stipulation approved by the U.S. Bankruptcy Judge Patricia M. Mayer on September 1, 2023. A copy of the Stipulation is attached hereto as **Exhibit "A"**. Movant certifies that the required Notice of Default required by the Order was sent to Debtor and Debtor's attorney on September 8, 2023, and Debtor has failed to cure the default. A copy of the Notice of Default is attached hereto as **Exhibit "B"**. In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtor's property.

Dated: September 20, 2023

By: /s/ Lauren Moyer
Lauren Moyer, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com