*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Marjory J. Salazar
    Debtor(s)

Case No: 20–13966–pmm
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021–NR4 Filed by Marjory J. Salazar

on: 10/5/23

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 9/21/23

Timothy B. McGrath
Clerk of Court

101 – 100
Form 167