United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-13966-pmm

Marjory J. Salazar     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2

Date Rcvd: Sep 21, 2023     Form ID: 167     Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marjory J. Salazar, 547 North Front Street, Reading, PA 19601-2728 |
| cr | + | Wilmington Savings Fund Society, FSB, not in its i, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14551222 | + | Attorney for Fay Servicing, LLC as servicer for, Times Square Revolving Trust c/o Wilming, Savings Fund, FSB, as owner trustee, C/O Lorraine Gazzara Doyle, 85 Broad Street, Suite 501 New York, New York 10004-1734 |
| 14600847 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14577298 | + | Times Square Revolving Trust, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14563826 | | Times Square Revolving Trust c/o Wilmington Saving, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14673612 | | Wilmington Savings Fund Society, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Sep 21 2023 23:41:16 | Fay Servicing, LLC as servicer for Times Square Re, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 14547104 | | Email/Text: ECF@fayservicing.com | Sep 21 2023 23:46:00 | Fay Servicing Llc, 1601 Lbj Freeway, Farmers Branch, TX 75234 |
| 14550924 | ^ | MEBN | Sep 21 2023 23:41:16 | Fay Servicing, LLC as servicer for Times Square Re, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, New York 10004-1734 |
| 14553307 | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 21 2023 23:46:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14547105 | + | Email/Text: Bankruptcies@nragroup.com | Sep 21 2023 23:46:00 | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14577215 | ^ | MEBN | Sep 21 2023 23:41:09 | Times Square Revolving Trust c/o Wilmington Saving, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14553699 | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 21, 2023 | Form ID: 167 | Total Noticed: 13 |

```
                              Old Alabama Road, Roswell, GA 30076
14664870          *+          Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524
```

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:

**Name**             **Email Address**

BRENNA HOPE MENDELSOHN
                     on behalf of Debtor Marjory J. Salazar tobykmendelsohn@comcast.net

BRIAN CRAIG NICHOLAS
                     on behalf of Creditor Times Square Revolving Trust c/o Wilmington Savings Fund  FSB, as owner trustee
                     bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

LAUREN MOYER
                     on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM
                     2021-NR4 bkecf@friedmanvartolo.com

ROGER FAY
                     on behalf of Creditor Fay Servicing  LLC as servicer for Times Square Revolving Trust c/o Wilmington Savings Fund, FSB, as
                     owner trustee rfay@milsteadlaw.com, bkecf@milsteadlaw.com

ROLANDO RAMOS-CARDONA
                     on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
                     ECFMail@ReadingCh13.com

United States Trustee
                     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Marjory J. Salazar
    Debtor(s)

Case No: 20−13966−pmm

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021−NR4 Filed by Marjory J. Salazar

on: 10/5/23

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  9/21/23

Timothy B. McGrath
Clerk of Court

101 − 100
Form 167