United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 20-13966-pmm

Marjory J. Salazar                                                                        Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                              User: admin                                     Page 1 of 2

Date Rcvd: Oct 05, 2023                           Form ID: pdf900                                 Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marjory J. Salazar, 547 North Front Street, Reading, PA 19601-2728 |
| cr | + | Wilmington Savings Fund Society, FSB, not in its i, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14551222 | + | Attorney for Fay Servicing, LLC as servicer for, Times Square Revolving Trust c/o Wilming, Savings Fund, FSB, as owner trustee, C/O Lorraine Gazzara Doyle, 85 Broad Street, Suite 501 New York, New York 10004-1734 |
| 14600847 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14577298 | + | Times Square Revolving Trust, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14563826 | | Times Square Revolving Trust c/o Wilmington Saving, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14673612 | | Wilmington Savings Fund Society, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 06 2023 00:31:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 06 2023 00:31:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | ^ | MEBN | Oct 06 2023 00:26:41 | Fay Servicing, LLC as servicer for Times Square Re, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 14547104 | | Email/Text: ECF@fayservicing.com | Oct 06 2023 00:31:00 | Fay Servicing Llc, 1601 Lbj Freeway, Farmers Branch, TX 75234 |
| 14550924 | ^ | MEBN | Oct 06 2023 00:26:40 | Fay Servicing, LLC as servicer for Times Square Re, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, New York 10004-1734 |
| 14553307 | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 06 2023 00:31:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14547105 | + | Email/Text: Bankruptcies@nragroup.com | Oct 06 2023 00:31:00 | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14577215 | ^ | MEBN | Oct 06 2023 00:26:36 | Times Square Revolving Trust c/o Wilmington Saving, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0313-4        User: admin        Page 2 of 2

Date Rcvd: Oct 05, 2023        Form ID: pdf900        Total Noticed: 15

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14553699 | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14664870 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2023        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Marjory J. Salazar tobykmendelsohn@comcast.net |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Times Square Revolving Trust c/o Wilmington Savings Fund  FSB, as owner trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| LAUREN MOYER | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 bkecf@friedmanvartolo.com |
| ROGER FAY | on behalf of Creditor Fay Servicing  LLC as servicer for Times Square Revolving Trust c/o Wilmington Savings Fund, FSB, as owner trustee rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                Chapter 13

      Marjory J. Salazar

                                     Bankruptcy No. 20-13966-PMM

            Debtor

### ORDER DISMISSING CHAPTER 13 CASE

      AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

      IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from  payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

      IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

**Date: October 5, 2023**