UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:     Marjory J. Salazar,     :     Chapter 13
                Debtor     :     Bankruptcy No. 20-13966-PMM

## **ORDER**

**AND NOW**, upon consideration of the Motion to Reinstate Bankruptcy Proceeding and Reinstate the Automatic Stay ("Motion"), and after notice and opportunity for hearing

IT IS HEREBY ORDERED that the above-captioned Bankruptcy proceeding is reinstated.

IT IS FURTHER ORDERED that the automatic stay is reimposed and the dismissal order dated October 5, 2023 is VACATED.

**Date: November 2, 2023**

_____
Patricia M. Mayer
United States Bankruptcy Judge