Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 20-13966-PMM**

Marjory J. Salazar  
547 North Front Street  
Reading  PA    19601

Petition Filed Date: 10/02/2020  
341 Hearing Date: 12/15/2020  
Confirmation Date: 07/15/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2023 | $475.00 | 4958 | 09/05/2023 | $400.00 | 4957 | 09/19/2023 | $475.00 | 4874 |
| 10/24/2023 | $385.00 | 4956 | 11/29/2023 | $520.00 | 4951 | 01/08/2024 | $520.00 | 4796 |
| 02/13/2024 | $401.15 | | 03/05/2024 | $401.15 | | 04/02/2024 | $401.15 | |
| 05/03/2024 | $401.15 | | 06/04/2024 | $401.15 | | 07/03/2024 | $401.15 | |

**Total Receipts for the Period:  $5,181.90    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $15,644.35**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | FAY SERVICING LLC<br>»»  001 | Ongoing Mortgage | $23,891.68 | $9,720.83 | $14,170.85 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

**Chapter 13 Case No. 20-13966-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,644.35 | Current Monthly Payment: | $401.15 |
| Paid to Claims: | $14,260.83 | Arrearages: | $641.30 |
| Paid to Trustee: | $1,383.52 | Total Plan Base: | $31,529.35 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.