Office Mailing Address:

Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 20-13966-PMM**

Marjory J. Salazar
547 North Front Street
Reading  PA    19601

Petition Filed Date: 10/02/2020
341 Hearing Date: 12/15/2020
Confirmation Date: 07/15/2021

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $401.15 | | 09/06/2024 | $401.15 | | 10/15/2024 | $401.00 | |
| 11/04/2024 | $401.15 | | 12/06/2024 | $401.15 | | 01/08/2025 | $401.15 | |
| 02/05/2025 | $401.15 | | 03/04/2025 | $401.15 | | 04/01/2025 | $401.15 | |
| 05/02/2025 | $401.15 | | 06/03/2025 | $401.15 | | 07/03/2025 | $401.15 | |

**Total Receipts for the Period: $4,813.65   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $20,458.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | FAY SERVICING LLC<br>»» 001 | Ongoing Mortgage | $23,891.68 | $14,167.47 | $9,724.21 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

**Chapter 13 Case No. 20-13966-PMM**

---

**SUMMARY**

---

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,458.00 | Current Monthly Payment: | $401.15 |
| Paid to Claims: | $18,707.47 | Arrearages: | $641.45 |
| Paid to Trustee: | $1,750.53 | Total Plan Base: | $31,529.35 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.