Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Marjory J. Salazar
547 North Front Street
Reading, PA 19601

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 20-13966-PMM**

Petition Filed Date: 10/02/2020
341 Hearing Date: 12/15/2020
Confirmation Date: 07/15/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2025 | $401.15 | | 09/12/2025 | $401.15 | | 10/06/2025 | $401.15 | |
| 11/05/2025 | $401.15 | | 12/02/2025 | $401.15 | | 01/08/2026 | $401.15 | |
| 02/09/2026 | $401.15 | | 03/09/2026 | $401.15 | | 04/07/2026 | $401.15 | |
| 05/11/2026 | $401.15 | | 06/08/2026 | $401.15 | | 07/07/2026 | $401.15 | |

**Total Receipts for the Period: $4,813.80 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $25,271.80**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | FAY SERVICING LLC<br>»» 001 | Ongoing Mortgage | $23,891.68 | $18,619.42 | $5,272.26 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

**Chapter 13 Case No. 20-13966-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,271.80 | Current Monthly Payment: | $401.15 |
| Paid to Claims: | $23,159.42 | Arrearages: | $641.45 |
| Paid to Trustee: | $2,112.38 | Total Plan Base: | $31,529.35 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.